

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00940-CV

DAWN COMEAUX, Appellant

V.

VILLAGES OF LOUETTA, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County. (Tr. Ct. No. 1053972).

**TO THE COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 3rd day of March, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

Appellant, Dawn Comeaux, neither established indigence nor paid, or made arrangements to pay, all the required fees.   Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.   It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered March 3, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 15, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT